IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

FREDRICK M. FIEDLER                                                                                    PLAINTIFF

      v.              Civil No. 3:12-cv-03010-JRM

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                    DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, the undersigned hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 10th day of April 2013.

          /s/ *J. Marschewski*
          HONORABLE JAMES R. MARSCHEWSKI
          CHIEF UNITED STATES MAGISTRATE JUDGE